DUNN v. PRENTIS

No. 53P86.

Case below: 78 N.C. App. 635.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

DURHAM COUNCIL OF THE BLIND v.
        EDMISTEN, ATT'Y GENERAL

No. 149P86.

Case below: 79 N.C. App. 156.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986. Motion by defendants to dismiss appeal for lack of significant public interest allowed 6 May 1986.

E. F. BLANKENSHIP CO. v.
        N. C. DEPT. OF TRANSPORTATION

No. 205A86.

Case below: 79 N.C. App. 462.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals allowed 6 May 1986.

FIDELITY BANKERS LIFE INS. CO. v. DORTCH

No. 132PA86.

Case below: 79 N.C. App. 148.

Petition by defendant (Patricia Dortch) for discretionary review under G.S. 7A-31 allowed 6 May 1986.

GREAT AMERICAN INS. CO. v. ALLSTATE INS. CO.

No. 100P86.

Case below: 78 N.C. App. 653.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1986.